AFFIDAVIT OF SERVICE

STATE OF NEW YORK
DISTRICT COURT, SOUTHERN DISTRICT              INDEX #07 CIV. 3882
------------------------------------------------------------

ROSE, DOUGLAS, SR. L,         PLAINTIFF

        VS.

CAREY LIMOUSINE WESTCHESTER, INC.,           DEFENDANT


------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                ss:


Minard Carkner being duly sworn, deposes and says that he is over the age of eighteen (18) years; That on the twentyninth day of May, 2007 at 11:48 am she served the annexed Summons And Complaint 07 Civ. 3882, filed 5/17/07, endorsed thereto on CAREY LIMOUSINE WESTCHESTER, INC.
the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

                                               Minard Carkner

Sworn to before me this
30th day of May, 2007.

Johanna Burkhartt, Notary Public
khv

Johanna A. Burkhartt
Notary Public
ID# 01BU6150209
Commission Expires July 24, 2010
Albany County, New York