06/22/2007 15:17 FAX 914 269 3762    LAW OFFICE    ☒002
(FRI) JUN 22 2007 14:50/ST. 14:50/No. 7500000136 P 2
FROM
Case 7:07-cv-03882-SCR    Document 3    Filed 06/26/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS R. ROSE, SR. and AUGUSTA M. ROSE

                Plaintiff(s)

-against-

CAREY LIMOUSINE WESTCHESTER, INC., CAREY
INTERNATIONAL, INC. and ISMAIL ARSLANBAS

                Defendant(s)

07 CIV. 3882 (SCR)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiffs, and the attorneys for Defendants that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action is extended from June 15th, 2007 up to and including July 23rd, 2007.

Dated: White Plains, New York
       June 22, 2007

THE LAW OFFICE OF DAVID S.
KLAUSNER, PLLC

By: _____
David S. Klausner, Esq. (DK7249)
Attorneys for Defendants
199 Main Street – 5th Floor
White Plains, New York 10601
Tel: (914) 288-8706
Fax: (914) 288-8708

RUSK, WADLIN, HEPPNER &
MARTUSCELLO, LLP

By: _____
Dana D. Blackmon, Esq. (DB5226)
Attorneys for Plaintiffs
225 Fair Street, P.O. Box 3356
Kingston, New York 12402
Tel: (845) 331-4100
Fax: (845) 331-6930

SO ORDERED:

_Stephen C Robinson_
U.S.D.J.
        6/26/07