STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
DOCUMENTS SERVED WITH INDEX#: 07CIV.3882  AND FILED ON  5/17/2007

DOUGLAS L. ROSE, SR., ET AL                                              Plaintiff(s)/Petitioner(s)

Vs.

CAREY LIMOUSINE WESTCHESTER, INC., ET AL                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                      ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/2/2007 at 11:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF REQUIREMENT TO SUBMIT A SCHEDULING ORDER AND CIVIL CASE **
Party Served: ISMAIL ARSLANBAS                                      (herein called recipient) therein named.
At Location: 98 JEFFERSON AVENUE

VALHALLA NY 10595

By delivering to and leaving with HAMIYAT ARSLANBAS, SISTER a person of suitable age and discretion.
Said premises is recipient's ☐ actual place of business ☑ dwelling house(usual place of abode) within the state.

On 6/4/07, deponent completed service by depositing a copy of the
SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF REQUIREMENT TO SUBMIT A SCHEDULING ORDER AND CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 45 | Height | 5'4" | Weight | 130 |
| Other Features | | | | | |

**Discovery Plan and Scheduling Order

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 6/4/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4883052
Qualified in Westchester County
Commission Expires September 20, 2010

Joseph Vallone

Server's License#: 1100190




Rondout Legal Services
P.O. Box 4115
Kingston, NY 12402
Job # 0706354