AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] * | DATE: June 01, 2007   Time: 1:38  ☒ PM |
| NAME OF SERVER (PRINT) ** Wesley Jennings | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ CORPORATE SERVICE:
   ON: CAREY INTERNATIONAL, INC., through designated agent thereof, Corporation Services Company
   AT: 1090 Vermont Avenue NW, Washington, DC 20005
   BY LEAVING WITH:
       Name: Renee Rice
       Title: Team Leader, authorized to accept

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 1, 2007
              Date

X *(signature)* / Print name: Wesley Jennings
c/o 1827 18th St. NW
    Washington, DC 20009
Address of Server

*Notice of Requirement to Submit a Scheduling Order and Civil Case Discovery Plan and Scheduling Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.