UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DOUGLAS R. ROSE and AUGUSTA M. ROSE

                        Plaintiff,                               07 CIVIL 3882 ( SCR )

      -against-

CAREY LIMOUSINE WESTCHESTER, INC., CAREY INTERNATIONAL, INC., and ISMAIL ARSLANBAS
                        Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **DAVID SCOTT KLAUSNER**

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        DK7249

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ

    To: THE LAW OFFICE OF DAVID S. KLAUSNER, PLLC

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* 199 MAIN STREET – 5TH FLOOR, WHITE PLAINS, NEW YORK 10601

[X] *Telephone Number:* (914) 288-8706

[X] *Fax Number:* (914) 288-8708

[X] *E-Mail Address:* DAVID@KLAUSNERLAWFIRM.COM

Dated: JULY 27, 2007